UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA CHARBONNEAU,                         Case No. 25-12179

      Plaintiff,                                         F. Kay Behm
v.                                                        United States District Judge

LUXARK, LLC, *et al.*,

      Defendants.
_____/

**ORDER REGARDING DEFENDANTS'**
**MOTION TO DISMISS (ECF No. 10)**

On July 17, 2025, Plaintiff filed this civil rights complaint against Defendants alleging violations of the Elliott-Larsen Civil Rights Act. (ECF No. 1). On September 4, 2025, Defendants filed a Motion to Dismiss Plaintiffs' Complaint. (ECF No. 10).

Fed. R. Civ. P. 15(a)(2) states that courts should grant leave to amend a complaint "when justice so requires." Plaintiff has not filed an amended complaint. In the court's view, under the present circumstances, allowing Plaintiff an opportunity to amend serves the ends of justice. Accordingly, without expressing any view regarding the merits of the Motion to Dismiss, the court will afford Plaintiff the opportunity to cure any purported deficiencies by filing an

amended complaint. The court **ORDERS** that any amended complaint must be filed within 14 days of entry of this Order or within the time remaining for Plaintiff to respond to the motion, whichever is longer.

As a result, Plaintiff is presented with a choice of how to proceed, given that a Motion to Dismiss has been filed. Plaintiff may file an amended complaint; in which case the court will deny without prejudice the currently pending Motion to Dismiss as moot <u>or</u> Plaintiff may file a response to Defendants' motion. If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: September 5, 2025        <u>s/F. Kay Behm</u>
                               F. Kay Behm
                               United States District Judge